UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Damein Hampton

    v.                                      Case No. 1:23-cv-00080-SE

Federal Bureau of Prisons, Director

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 17, 2023. For the reasons explained therein, the respondent's motion for summary judgment (Doc. No. 6) is denied as moot and the case is dismissed as moot, because of the petitioner's release.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

SO ORDERED.

                                                _____
                                                Samantha D. Elliott
                                                United States District Judge

Date: September 1, 2023

cc:   Damein Hampton, pro se